MARY FRASER, respondent,

*v.*

JAMES K. FRASER, appellant.

[Submitted November 23d, 1910. Decided March 6th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Walker, whose opinion is reported in 77 *N. J. Eq.* (7 *Buch.*) *205.*

*Messrs. Roberson & Demarest,* for the respondent.

*Mr. Scott Scammell,* for the appellant.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Walker.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, CONGDON, SULLIVAN—13.

*For reversal*—None.